Roger Hill, Plaintiff-Appellant, v. Mark Everett Warsewa, Linda Joseph, and the State of Colorado, Defendants-Appellees. No. 20CA1780
Court of Appeals of Colorado, Fourth Division
January 27, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Fremont County District Court No. 18CV30069 Honorable Lynette
 M. Wenner, Judge
 
 
 
 OPINION
 
 
 TOW,
 JUDGE
 
 
 JUDGMENT
 AFFIRMED IN PART, REVERSED IN PART, AND CASE REMANDED WITH
 DIRECTIONS
 
 
 
 Richman and Grove, JJ., concur.
 
 1